CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TEMBEC INC., TEMBEC INVESTMENTS )
INC., AND TEMBEC INDUSTRIES INC. )
)
             Plaintiff )
)
            v. )      Civil Action No. _____
THE UNITED STATES OF AMERICA, )
CANFOR CORPORATION, AND )
TERMINAL FOREST   Defendant )
PRODUCTS LTD. )
)

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for **Tembec Inc., Tembec Investments Inc. and Tembec Industries Inc.**, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Tembec Inc., Tembec Investments Inc. and Tembec Industries Inc.** _____, which have any outstanding securities in the hands of the public. _____

Tembec Inc. (publicly owned parent company).

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Mark A. Cymrot_
Signature

Mark A. Cymrot

164673
Bar Identification Number

Print Name
Baker & Hostetler LLP.
1050 Connecticut Ave., N.W.

Address
Washington, D.C. 20036

City        State        Zip

202-861-1677
Telephone Number