UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
TEMBEC INC., TEMBEC INVESTMENTS     )
INC., TEMBEC INDUSTRIES INC.,       )
                                    )
            Petitioners,             )
                                    )   No. 07-CV-1905 (JDB)
      v.                            )
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
            Respondents.             )
_____)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter T. Wechsler, United States Department of Justice, hereby enters his appearance as counsel of record for Respondent the United States of America. The clerk and all parties are requested to make service of all papers on Mr. Wechsler on behalf of defendants addressed as follows:

> For regular mailing:
>
> Peter T. Wechsler
> United States Department of Justice
> Civil Division, Federal Programs Branch
> P.O. Box 883, Benjamin Franklin Station
> Washington, DC 20044
>
> For hand delivery:
>
> Peter T. Wechsler
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Ave. NW, Room 7216
> Washington, DC 20530
> Telephone: (202) 514-2705
> Facsimile: (202) 616-8470
> Email: Peter.Wechsler@usdoj.gov.

Dated: November 14, 2007

Respectfully Submitted:

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

Vincent M. Garvey
Deputy Branch Director

 /s/ Peter T. Wechsler
Peter T. Wechsler (MA 550339)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
  *Attorneys for the United States*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on November 14, 2007, a true copy of the foregoing Notice was sent to Petitioners' Counsel of Record, Mark A. Cymrot, BAKER & HOSTETLER LLP, via ECF, and to Canfor Corporation and Terminal Forest Products Ltd. by first-class mail to:

| | |
|---|---|
| P. John Landry | Keith Mitchell |
| DAVIS & & COMPANY | HARRIS & COMPANY |
| 666 Burrard Street | 555 Burrard Street |
| Suite 2800 Park Place | 14th Floor Bentall 5 |
| Vancouver, BC | Vancouver, BC |
| Canada V6C 2Z7 | Canada V6C 2Z7 |

                                       /s/ Peter T. Wechsler
                                      Peter T. Wechsler