CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TEMBEC, INC., et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff | ) | Civil Case Number 07-1905 (RMC) |
| | ) | |
| v. | ) | |
| | ) | Category    E |
| UNITED STATES OF AMERICA,<br>    et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>December 19, 2007</u>  from <u>Judge John D. Bates</u>  to <u>Judge Rosemary M. Collyer</u> by direction of the Calendar Committee.

(Reassigned as related to 05cv2345)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:    <u>Judge Bates</u> & Courtroom Deputy
<u>Judge Collyer</u> & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk ✓