UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.<br><br>                       Petitioners,<br>and<br><br>THE UNITED STATES OF AMERICA; CANFOR CORPORATION; and TERMINAL FOREST PRODUCTS LTD.<br><br>                       Respondents. | Case No. 07-CV-1905 (RMC) |

## PETITIONERS' CONSENT MOTION FOR AN EXTENSION OF TIME

Petitioners move this Court for an extension of time regarding the briefing deadlines for memoranda in response and reply to the United States' motion to dismiss, which was filed on January 30, 2008. Counsel for the United States, Peter Wechsler, has consented to this motion.

Counsel for the Petitioners, Michael Snarr, telephoned Mr. Wechsler following the assignment of this case to Judge Collyer to discuss coordination of a briefing schedule on Petitioners' motion to vacate. Mr. Wechsler responded that the United States intended to file a motion to dismiss and would prefer to have the issues raised in that motion resolved by the Court before moving to Petitioners' claim. Petitioners agreed to defer briefing on their motion to vacate until after the motion to dismiss had been briefed and resolved by the Court. Due to the nature of the motion, as well as conflicts in counsels' schedule, the Petitioners and the United States have

agreed that Petitioners may file their memorandum in response to the motion to dismiss on March 14, 2008, and that the United States may file its memorandum in reply on April 4, 2008.

Petitioners, therefore, respectfully request that the Court approve the deadlines to which the parties have agreed for filing memoranda in opposition and in reply to the United States' motion to dismiss.

Respectfully submitted,

/s/
Elliot J. Feldman (D.C. Bar No. 418501)
Mark A. Cymrot (D.C. Bar No. 164673)
Michael S. Snarr (D.C. Bar No. 474719)
BAKER & HOSTETLER LLP
1050 Connecticut Ave. N.W., Suite 1100
Washington D.C. 20036-5304
Tel: (202) 861-1679
Fax: (202) 861-1783
Counsel for Petitioners, Tembec Inc., Tembec Investments Inc., and Tembec Industries Inc.

Dated: February 1, 2008

## CERTIFICATE OF SERVICE

I certify that I caused true and correct copies of the foregoing to be served via ECF to:

**For the United States:**
Andrea J. Menaker
U.S. Department of State
Office of the Legal Adviser

Peter Wechsler
U.S. Department of Justice, Civil Division

and, via first-class mail to:

**For Canfor Corporation and Terminal Forest Products Ltd.:**

P. John Landry
DAVIS & COMPANY
Suite 2800 Park Place
666 Burrard Street
Vancouver, BC
Canada
V6C 2Z7

Keith Mitchell
HARRIS & COMPANY
555 Burrard Street
14th Floor Bentall 5
Vancouver, BC
Canada  V6C 2Z7

on this 1st day of February, 2008.

/s/
Elliot J. Feldman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>TEMBEC INC., TEMBEC INVESTMENTS INC., and TEMBEC INDUSTRIES INC.<br><br>                    Petitioners,<br>     and<br><br>THE UNITED STATES OF AMERICA; CANFOR CORPORATION; and TERMINAL FOREST PRODUCTS LTD.<br><br>                    Respondents. | Case No. 07-CV-1905 (RMC) |

## [PROPOSED] ORDER GRANTING PETITIONERS' CONSENT MOTION FOR AN EXTENSION OF TIME

Having reviewed Petitioners' Consent Motion For An Extension Of Time, the Court hereby ORDERS that the motion is GRANTED, and further ORDERS as follows:

Petitioners shall file their memorandum in response to the United States' motion to dismiss on March 14, 2008; and

The United States shall file its memorandum in reply on April 4, 2008.

SO ORDERED on this _____ day of _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

4