UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TEMBEC INC.**, *et al.*,  )<br>  )<br>Petitioners,  )<br>  )<br>v.  )<br>  )<br>**UNITED STATES OF AMERICA**,  )<br>  )<br>Respondent.  )<br>  ) | Civil Action No. 07-1905 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion to dismiss filed by the United States [Dkt. # 7] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: August 14, 2008                                    /s/
                                                                      ROSEMARY M. COLLYER
                                                                      United States District Judge